CURETON, C. J. Relator's petition dismissed at his cost, as recommended by the Commission of Appeals.

**ROBINSON v. STATE. (No. 10821.)**

(Court of Criminal Appeals of Texas. March 9, 1927.)

Criminal law ⏦1090(1)—Without statement of facts or bills of exceptions nothing is presented for review.

Where record, in prosecution for driving motor vehicle while intoxicated, contained neither statement of facts nor bills of exceptions, nothing was presented for review.

Appeal from District Court, Upshur County; J. R. Warren, Judge.

Marvin Robinson was convicted of driving a motor vehicle while intoxicated, and he appeals. Affirmed.

Briggs & Davis, of Gilmer, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for driving a motor vehicle on the public highway while intoxicated; the punishment being a fine of $25 and ten days' imprisonment in jail.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.